**JS-6**

UNITED STATES FEDERAL DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT SPRIGGS AND BETTY SPRIGGS, Individually and as Trustees of the Spriggs Family Trust Dated May 28, 1998 As Amended,<br><br>    Plaintiffs,<br><br> vs.<br><br>WALTER RECTOR, WWR HOLDING, LCC, a Delaware Limited Liability Company, BROMONT INVESTMENTS, INC., an Arizona Corporation, BROMONT HOLDINGS, LLC, a Delaware Limited Liability Company, and DOES 1 through 50 inclusive,<br><br>    Defendants. | CASE NO.  CV 12-01086VAP-SP<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

  The Court, having received the parties' Stipulation of Dismissal Without Prejudice, having reviewed the same, and good cause appearing therefor;

  IT IS ORDERED that this case be and is dismissed, without prejudice, as to all Defendants.

DATED THIS 13TH__ day of August, 2013. _____
                VIRGINIA A. PHILLIPS
                United States District Judge

-1-
**ORDER OF DISMISSAL**

45951575.1